IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**STEVEN W. LEMON**,

       Plaintiff,

   v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

       Defendant.
_____

Civil Case No. 09-6099-ST

O R D E R

       Richard F. McGinty
       McGinty & Belcher, PC
       P.O. Box 12806
       Salem, Oregon  97309

            Attorney for Plaintiff

       Dwight C. Holton
       United States Attorney
       District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Willy M. Le
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington 98104

       Attorneys for Defendant

KING, Judge:

The Honorable Janice M. Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 26, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation (#20) dated May 26, 2010 in its entirety.

IT IS HEREBY ORDERED that the Commissioner's Motion to Remand (#18) is GRANTED in part and DENIED in part, and the Commissioner's decision is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for the calculation and award of benefits.

DATED this    22nd    day of June, 2010.

      /s/ Garr M. King
      GARR M. KING
      United States District Judge